Carlos Enrique **SILVA–JACINTO,**
·Petitioner,

v.

**IMMIGRATION AND NATURALIZATION SERVICE,**
Respondent.

No. 00–71426.

United States Court of Appeals,
Ninth Circuit.

Filed March 11, 2003.

John S. Throckmorton, Rogers, Joseph, O'Donnell & Phillips, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Immigration & Naturalization Service, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Immigration & Naturalization Service, San Francisco, CA, Erin Albritton, Anthony P. Nicastro, Esq., Washington, DC, for Respondent.

Before D.W. NELSON, NOONAN, and HAWKINS, Circuit Judges.

## ORDER

This case is remanded to the Board of Immigration Appeals for further consideration in light of *Immigration and Naturalization Service v. Ventura,* —— U.S. ——, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002).